# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 09, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-50861   Lewis v. Williamson County
                     USDC No. 1:24-CV-118

The court has reinstated the appeal. This case was erroneously opened as having a fee due. It is now proceeding as in forma pauperis.

We request that the district court clerk forward the record and or exhibits to us within 15 days of this date.

                 Sincerely,

                 LYLE W. CAYCE, Clerk

                 By: _____
                 Casey A. Sullivan, Deputy Clerk
                 504-310-7642

Mr. Philip Devlin
Mr. Scott Phillip Lewis